IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES ANTHONY FREE, #219 694 | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | 1:11-CV-37-ID |
| v. | ) | |
| | ) | (WO) |
| GARY HETZEL, WARDEN, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## O R D E R

Before the court are the Recommendation of the Magistrate Judge, (Doc. #4), and Petitioner's Objection, (Doc. #5). Having conducted a *de novo* determination of those portions of the Recommendation to which objections are made, it is CONSIDERED and ORDERED as follows:

1. Petitioner's Objection (Doc. #5) be and the same is hereby OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. #4) be and the same is hereby ADOPTED, APPROVED and AFFIRMED;

3. The Petitioner's 28 U.S.C. § 2254 petition for habeas corpus relief (Doc. #1) be and the same is hereby DISMISSED in accordance with the provisions of 28 U.S.C. § 2244(b)(3)(A), as Petitioner has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing a federal district court to consider his successive habeas petition.

DONE this the 14th day of February, 2011.

                                    /s/ Ira DeMent
                                    SENIOR UNITED STATES DISTRICT JUDGE