IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES ANTHONY FREE, #219 694 | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | 1:11-CV-37-ID |
| v. | ) | |
| | ) | (WO) |
| GARY HETZEL, WARDEN, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## FINAL JUDGMENT

In accordance with the prior proceedings and orders of the court, it is CONSIDERED, ORDERED and ADJUDGED that judgment be and the same is hereby entered in favor of Respondents, and against Petitioner James Anthony Free and that Petitioner take nothing by his said suit.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 14th day of February, 2011.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE